THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 John Henry
 Portee, Jr., Appellant.
 
 
 
 
 

Appeal From Richland County
 J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No.  2011-UP-035  
 Submitted January 1, 2011  Filed February
1, 2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Deputy Attorney General Donald J. Zelenka, and Solicitor
 Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  John Henry Portee appeals his
 convictions for armed robbery and two counts of murder.  Portee's counsel argues
 the trial court erred in issuing a confusing and misleading alibi charge. 
 Portee submitted a pro se brief.  After a
 thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HUFF and
 LOCKEMY, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.